# Third District Court of Appeal

## State of Florida

Opinion filed July 5, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1971
Lower Tribunal No. 16-14503
_____

**Graciela Garcia, et al.,**
Appellants,

vs.

**U.S. Bank, N.A., etc.,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Pomeranz & Associates, P.A., and Mark L. Pomeranz (Hallandale), for appellants.

Bradley Arant Boult Cummings LLP and Marc James Ayers and Stephen C. Parsley (Birmingham, AL), for appellee.

Before MILLER, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.